Matter of Toscano (2023 NY Slip Op 02521)

Matter of Toscano

2023 NY Slip Op 02521

Decided on May 10, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2003-02511 ON MOTION

[*1]In the Matter of Andrew Toscano, a disbarred attorney. (Attorney Registration No. 2591238)

DECISION & ORDER
Motion by Andrew Toscano for reinstatement to the Bar as an attorney and counselor-at-law. Toscano was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on April 13, 1994. By opinion and order of this Court dated April 11, 2005, Toscano was disbarred effective immediately, and his name was stricken from the roll of attorneys and counselors-at-law (see Matter of Toscano, 17 AD3d 72 ). By decision and order on motion of this Court dated February 25, 2013, Toscano's first motion for reinstatement was denied. By decision and order on motion of this Court dated December 28, 2020, Toscano's second motion for reinstatement was held in abeyance and the matter was referred to a Committee on Character and Fitness to investigate and report on his character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is
ORDERED that the motion is granted on condition that on or before July 10, 2023, Andrew Toscano file with the Clerk of the Court proof of (1) payment for the current registration period, and (2) his completion of 24 credit hours of continuing legal education accredited in accordance with 22 NYCRR Part 1500 (see 22 NYCRR 691.11[a]); and it is further,
ORDERED that upon receipt of proof, as directed above, the Clerk of the Court shall restore the name of Andrew Toscano to the roll of attorneys and counselors-at-law, and Andrew Toscano shall be reinstated as an attorney and counselor-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur
ENTER: Maria T. Fasulo
Clerk of the Court